IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.                                  No. 1:15-cv-00976-JCH-SCY

**EASTERN PLAINS HOUSING
DEVELOPMENT CORPORATION,
a New Mexico corporation,**

        **Defendant.**

## REPORT OF UNITED STATES MARSHAL

    I HEREBY CERTIFY THAT ON June 8, 2016, at Tucumcari, New Mexico, the United States Marshal received a copy of the Judgment, Decree of Foreclosure and Order of Sale in this proceeding, entered on March 16, 2016, and executed the same as follows:

    1. Caused Notice of Foreclosure Sale of real property in this proceeding to be published in the Quay County Sun, Quay County, New Mexico, as shown on the proof of publication and publisher's affidavit filed herein, all in the form of the Notice of Foreclosure sale filed herein;

    2. Pursuant to the above and foregoing Notice of Foreclosure Sale, the United States Marshal on June 8, 2016, at 1:00 p.m., caused to be conducted proceedings for such sale on the front steps of the New Mexico District Court, 10th Judicial District, Quay County, 300 S. Third Street, Tucumcari, New Mexico, and at such time and place read in public the Notice of Foreclosure Sale heretofore filed in this proceeding;

    3. That at said sale one bid was submitted and the property was declared sold to the highest bidder, U.S. DEPARTMENT OF AGRICULTURE, RURAL DEVELOPMENT, an agency of the UNITED STATES OF AMERICA, which bid the sum of $235,000.00 on said property, subject to an Order of confirmation and approval of this Court;

4. That in the course of the above doings by the United States Marshal, the following costs and expenses of sale were incurred:

| | |
|---|---|
| <u>Marshal's fee</u> | $204.16 (mileage) |
| | <u>  65.00</u> (service fee) |
| | $269.16 |

| | |
|---|---|
| U.S. Attorney's Office | |
| Publication Fees | |
| --Order of Publication | $305.60 |
| --Notice of Sale | 567.33 |
| Lis Pendens | 25.00 |
| Release of Lis Pendens | <u>  25.00</u> |
| | $922.93 |

WHEREFORE, the United States Marshal prays that the Report of the United States Marshal be approved and confirmed, and that he be authorized to execute and deliver to the said purchaser a deed conveying all right, title and interest of the Defendant, Eastern Plains Housing Development Corporation, a New Mexico corporation, in said action to the said purchaser, and that upon delivery of such United States Marshal's Deed, a copy of which is attached hereto, that he be fully discharged.

DATED this __7__ day of __July__, 2016.

_____
Conrad E. Candelaria
United States Marshal for
the District of New Mexico

2